**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3447 PA (JCx) | Date | May 4, 2012 |
|---|---|---|---|
| Title | John P. Colee v. DePuy Orthopaedics, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On April 26, 2012, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. In its April 26, 2012 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by May 2, 2012 if he objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the April 26, 2012 order, this action is remanded to the Los Angeles County Superior Court, Case No. BC 479331.

IT IS SO ORDERED.